IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 21-cv-02682-RMR-STV**

KENDALL AUSTIN,

    Plaintiff,

v.

SHERIFF TYLER S. BROWN, et al.,

    Defendants.

**UNOPPOSED MOTION TO FILE DOCUMENTS UNDER LEVEL 1 RESTRICTION AND RESTRICT PUBLIC ACCESS**

Defendants Arapahoe County Sheriff Tyler S. Brown ("Sheriff"), Sergeant Bruce Peterson ("Sergeant Peterson"), and Investigator Niki Bales ("Investigator Bales") (collectively, the "Sheriff Defendants"), by and through counsel, hereby moves the Court pursuant to D.C.COLO.LCivR 7.2 to accept the filing of the pleading described herein under Level 1 restriction and restrict public access to the same. In support, the Sheriff Defendants state as follows:

**Conferral**

Undersigned counsel for Defendants conferred with all counsel regarding this motion, and they do not oppose.

**Argument**

1.    The Sheriff Defendants filed their Response in Opposition to Plaintiff's Motion to Amend the Complaint and Scheduling Order on December 30, 2022. Doc. # 107. Attached to that

1

filing was an email exchange between prosecutors in Plaintiff's criminal case and Defendants. Doc. # 108.

3.  The Sheriff is seeking **Level 1 Restriction** with regard to Doc. #108 because it is confidential under the Protective Order and labeled Attorneys' Eyes Only pursuant to this Court's Order. Doc. # 97.

WHEREFORE, the Sheriff Defendants respectfully requests that the Court accepts Doc. #108 for filing under seal and restricts access thereto by members of the public, granting the records Level 1 Restricted Access.

Respectfully submitted this 11th day of January 2023.

**Arapahoe County Attorney's Office**

By:   *s/ Rebecca M. Taylor*
Writer Mott
Deputy County Attorney
Rebecca M. Taylor
Assistant County Attorney
Arapahoe County Attorney's Office
5334 S. Prince Street
Littleton, CO 80120-1136
wmott@arapahoegov.com
rtaylor@arapahoegov.com

*Attorneys for Defendants Sheriff Tyler S. Brown, Sergeant Bruce Peterson, & Investigator Niki Bales*

## Certificate of Service

This is to certify that on the 11th day of January 2023, a true and correct copy of the foregoing **MOTION TO FILE DOCUMENTS UNDER LEVEL 1 RESTRICTION AND RESTRICT PUBLIC ACCESS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

Jared Ellis
ellisj@hallevans.com

Andrew David Ringel
ringela@hallevans.com

Michael Francis Thompson, Jr.
michael@mfthompsonlaw.com

David N. Fisher
david@fblaw.org

*s/ Gina Garran*
Gina N. Garran, Paralegal
Arapahoe County Attorney's Office