## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 21-cv-2682-RMR-SBP**

KENDAL AUSTIN,

*Plaintiff*,

V.

BRUCE PETERSON and NICKI BALES

*Defendants*.

_____

**STIPULATION OF DISMISSAL PURUSANT TO Fed.R.Civ.P. 41(a)(1)(A)(ii)**
_____

All matters in controversy between the parties having been resolved, the parties hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted, this 22nd day of July, 2025.

By:____*/s/ David Fisher*_____
David N. Fisher.
Fisher & Byrialsen PLLC
4600 S. Syracuse Street, 9th Floor
Denver, Colorado 80237
Telephone: (303) 256-6345
David@fblaw.org

s/ Writer Mott
Writer Mott, Esq.
Deputy County Attorney
Rebecca M. Taylor, Esq.
Sr. Assistant County Attorney
Dawn L. Johnson, Esq.
Sr. Assistant County Attorney
Arapahoe County Attorney's Office 5334 S. Prince Street
Littleton, CO 80120-1136
Telephone: (303) 795-4639
wmott@arapahoegov.com
rtaylor@arapahoegov.com
djohnson@arapahoegov.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 22nd day of July 2025, I electronically filed a true and

exact copy of the above Notice with the Clerk of the Court using the CM/WCF system which

will send notification to all counsel of record.


*/s/ David N. Fisher*
David N. Fisher.
Fisher & Byrialsen PLLC
4600 S. Syracuse Street, 9th Floor
Denver, Colorado 80237
Telephone: (303) 256-6345
David@fblaw.org