**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**July 22, 2025**

_____

**Christopher M. Wolpert**
**Clerk of Court**

KENDALL AUSTIN,

    Plaintiff - Appellee,

v.

BRUCE PETERSON, individually and in
his official capacity as officer; NICKI
BALES, individually and in his official
capacity as Detective,

    Defendants - Appellants,

and

TYLER S. BROWN, individually and in
his official capacity as Sheriff; MIKE
DICKSON, individually and in his official
capacity as Investigator,

    Defendants.

No. 25-1156
(D.C. No. 1:21-CV-02682-RMR-SBP)
(D. Colo.)

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of

the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed.  *See* Fed.

R. App. P. 42(b)(1).

Each party will bear their own costs on appeal.  A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

2